| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
|---|---|---|
| | : | |
| v. | : | Crim. No. 12-0254-01 |
| | : | |
| Muhammad Subpunallah | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Cheryl M. Cucinello, Special Assistant United States Attorney appearing), and the Defendant Muhammad Subpunallah (David Holman, Assistant Federal Public Defender, appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the Defendant being aware that he has the right under 18 U.S.C. § 3161(c)(1) to have the matter presented to a trial jury within seventy (70) days of his arraignment; and the Defendant through his attorney having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.    Plea negotiations currently are in progress, and both the United States and the Defendant seek additional time to achieve successful resolution of these negotiations, which would render trial of this matter unnecessary;

1

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this _____ day of January, 2013,

ORDERED that the proceedings in the above-captioned matter are continued from January 19, 2013 through March 29, 2013; and

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge

Consented and Agreed to by:

_____
David Holman
Counsel for Defendant Muhammad Subpunallah

_____
Cheryl M. Cucinello
Special Assistant U.S. Attorney